# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 26, 2007

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

131860
(108)


DYNA GRIND SERVICES, L.L.C., and
MARCO FUSCO,
   Plaintiffs/Counter-Defendants-
   Appellees,

v

                SC: 131860
                COA: 255825
CITY OF RIVERVIEW,        Wayne CC: 01-135578-CK
   Defendant/Counter/Plaintiff/Third-
   Party Plaintiff-Appellant,

and

TIM DURAND, RANDY ALTIMUS, ROBERT
BOBECK, DAVID SUPUTA, and JOHN MENNA,
   Defendants/Counter-Plaintiffs,

v

RLI INSURANCE COMPANY,
   Third-Party Defendant/Third-Party
   Plaintiff,

v

MV CONSTRUCTION, INC., and CANS
UNLIMITED, LLC,
   Third-Party Defendant.

_____/

   On order of the Court, the motion for reconsideration of this Court's January 19, 2007 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.

MARKMAN, J., would grant the motion for reconsideration, and would remand this case to the trial court for the reasons set forth in my earlier dissent in this case.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 26, 2007

_Corbin R. Davis_
Clerk

010319